**GTE WIRELESS, INC., Plaintiff–Appellant,**

v.

**QUALCOMM INCORPORATED, Defendant–Appellee.**

No. 02–1430.

United States Court of Appeals, Federal Circuit.

July 16, 2003.

*ORDER*

UPON CONSIDERATION of the Parties' STIPULATION OF DISMISSAL PURSUANT TO FED. R. APP. P. 42(b),

it is ORDERED that:

The proceeding is DISMISSED under Fed. R.App. P. 42(b).